THE PEOPLE ex rel. GROVE WEBSTER, Respondent, v. WIL-
LIAM T. VAN TASSELL, Sheriff, etc., Appellant.

(Argued October 3, 1892; decided October 18, 1892.)

APPEAL from order of the General Term of the Supreme
Court in the third judicial department, made July 2, 1892,

which affirmed an order of the county judge of Ulster county discharging the relator from imprisonment, etc.

*G. D. B. Hasbrouck* for appellant.

*David M. De Witt* for respondent.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed.